SEALED

FILED

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JUN 3 0 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All Funds (including interest & earnings) in Bank of<br>New York Mellon Dreyfus Mutual Funds Account<br>0255-3360205490 in the name of Kevin Pelayo | )<br>)<br>)  Case No. W20-112M<br>)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Western_____ District of _____Texas_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All Funds (incl. interest & earnings) in Bank of NY Mellon Dreyfus Mtl. Funds Acct 0255-3360205490 i/n/o Kevin Pelayo. *Proceeds of violations of Title 18 U.S.C. §§ 371, 641, 1343, & 1956(h) are subject to civil & criminal forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).  Proceeds are subject to civil seizure warrants pursuant to Title 18 U.S.C. § 981(b) and criminal seizure warrants pursuant to Title 21 U.S.C. § 853(f) by Title 18 U.S.C. § 982(b)(1).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  __Within 14 days__
                                                                                                        *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to

_____Jeffrey C. Manske, U.S. Magistrate Judge_____ .
              *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  __6/9/20 @ 3:00pm__              _____
                                                                                          *Judge's signature*

City and state:  ____Waco, TX____                          ____Jeffrey C. Manske, U.S. Magistrate Judge____
                                                                                  *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>W20 - 112M | Date and time warrant executed:<br>6/10/20    8:25 am | Copy of warrant and inventory left with:<br>Lisa Blair - BNY Mellon<br>Acc# 0255-3360205490 |
| Inventory made in the presence of:<br>N/A | | |
| Inventory of the property taken: | | |

Warrant emailed to: Relparalegals@bnymellon.com on or about the above date + time. BNY Mellon has placed a freeze on the account which contained approximately $95,000.00

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/10/2020

_Jeff Terrell_
Executing officer's signature

Jeff Terrell    Special Agent
Printed name and title